Certificate Number: 02114-TXE-CC-009441049

# **<u>CERTIFICATE OF COUNSELING</u>**

I CERTIFY that on <u>12/29/09</u>, at <u>02:50</u> o'clock <u>PM EST</u>, <u>GARY D WHITE</u> received from <u>Consumer Credit Counseling Service of Greater Atlanta, Inc.,</u> an agency approved pursuant to 11 U.S.C. § 111 to provide credit counseling in the <u>Eastern District of Texas</u>, an individual [or group] briefing (including a briefing conducted by telephone or on the Internet) that complied with the provisions of 11 U.S.C. §§ 109(h) and 111.  A debt repayment Plan <u>was not prepared</u>.  If a debt repayment plan was prepared, a copy of the debt repayment plan is attached to this certificate.

This counseling session was conducted <u>   by Internet .</u>

Date: <u>12-30-2009</u>                          By        <u>/s/CALVIN JOHNSON</u>

                                                 Name    <u>CALVIN JOHNSON</u>

                                                 Title      <u>Counselor</u>

\* Individuals who wish to file a bankruptcy case under title 11 of the United States Bankruptcy Code are required to file with the United States Bankruptcy Court a completed certificate of counseling from the nonprofit budget and credit counseling agency that provided the individual the counseling services and a copy of the debt repayment plan, if any, developed through the credit counseling agency.  *See* 11 U.S.C. §§ 109(h) and 521(b).