**Office of the Standing Chapter 13 Trustee**
Thomas D. Powers, Trustee
125 E. John Carpenter Freeway
Suite #1100
Irving, Texas 75062

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NOTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| In Re: | Case No:  10-30078-BJH-13 |
| | Hearing Date:  03/25/2010 |
| GARY D. WHITE | |

## Notice of Hearing on Confirmation of Debtor's Chapter 13 Plan and Motion for Valuation

TO:  ALL PARTIES IN INTEREST

A pre-hearing conference with the Chapter 13 Trustee concerning the Debtor's Chapter 13 Plan and Motion for Valuation will be held at **8:30 a.m.** on **03/25/2010** at 125 E. John Carpenter Freeway, Suite #1100 Irving, Texas 75062.

Any objection to the Pleadings not resolved or defaulted at the Trustee's Pre-Hearing Conference will be heard by the Court at 2:00 p.m. on the same day at:
1100 Commerce Street, Fourteenth Floor, Dallas, Texas.

TO BE CONSIDERED, ANY OBJECTION OR RESPONSE MUST BE MADE IN WRITING, FILED WITH THE COURT, AND A COPY SERVED ON THE FOLLOWING PARTIES NO LATER THAN SEVEN (7) DAYS PRIOR TO THE PRE-HEARING CONFERENCE.

| | |
|---|---|
| Debtor(s): | GARY D. WHITE, 1811 HOLLOW OAK COURT, DALLAS TX, 75287 |
| Attorney: | JOYCE W LINDAUER, 8140 WALNUT HILL LANE, SUITE 301, DALLAS TX, 75231 |
| Court: | CLERK'S OFFICE, US BANKRUPCTY COURT, 1100 COMMERCE ST., 12TH FLOOR, DALLAS, TEXAS 75202 |
| Trustee: | TRUSTEE'S OFFICE, 125 E. JOHN CARPENTER FREEWAY, SUITE #1100, IRVING, TEXAS 75062 |

/s/ Thomas D. Powers
_____
Thomas D. Powers/ Trustee
State Bar #16218700

**DEBTOR(S)**
GARY D. WHITE
1811 HOLLOW OAK COURT

DALLAS TX 75287

Office of the Chapter 13 Trustee
125 E. John Carpenter Freeway, Suite 1100
Irving, Texas 75062
(214) 855-9200/ Fax (214) 965-0756

Case No. 10-30078-BJH-13
Name    GARY D. WHITE

## Certificate of Service

I hereby certify that a copy of the foregoing "Notice of Hearing on Confirmation of Debtor's Chapter 13 Plan and Motion for Valuation" was served on the following parties at the addresses listed below by United States First Class Mail or via electronic mail.

DEBTOR(S):    GARY D. WHITE, 1811 HOLLOW OAK COURT, DALLAS TX, 75287

DEBTOR(S) ATTORNEY:
@    JOYCE W LINDAUER, 8140 WALNUT HILL LANE, SUITE 301, DALLAS TX, 75231

CREDITORS:
- ATTORNEY GENERAL OF TEXAS, COLLECTIONS DIV-BANKRUPTCY SEC, PO BOX 12548, AUSTIN TX, 78711-2548
- BENT TREE FAMILY PHYSICIANS, 3550 PARKWAY BOULEVARD, SUITE 600, FRISCO TX, 75034
- C TECH, PO BOX 402, MT SINAI NY, 11766
- CASH NET, 200 W JACKSON, 14TH FLOOR, CHICAGO IL, 60606
- CHRIS RUFFALO, 5535 CELESTIAL, DALLAS TX, 75254
- CITIBANK, EXCEPTION PAYMENT PROCESSING, PO BOX 6305, THE LAKES NV, 88901-6305
- STATE COMPTROLLER, REVENUE ACCOUNTING DIV BANKRUP, PO BOX 13528, AUSTIN TX, 78711
- COMPUTER CREDIT INC, 640 WEST FOURTH STREET, WINSTON SALEM NC, 27113
- CREDIT COLLECTION SERVICES, PAYMENT PROCESSING CENTER, PO BOX 55126, BOSTON MA, 02205-5126
- FDNY EMS, 259 W 30TH STREET, 8TH FLOOR, NEW YORK NY, 10001
- GMAC MORTGAGE, 3451 HAMMOND AVENUE, WATERLOO IA, 50704-0780
- HFC, PO BOX 8873, VIRGINIA BEACH VA, 23450-8873
- INTERNAL REVENUE SERVICE, SPECIAL PROCEDURES, 1100 COMMERCE ST 5024 DAL, DALLAS TX, 75242
- LCA COLLECTIONS, PO BOX 2240, BURLINGTON NC, 27216
- MEDICAL CLINIC OF NORTH TEXAS, 9003 AIRPORT FREEWAY, SUITE 300, NORTH RICHLAND HILLS TX, 76180-9628
- NCAC, 12770 COIT RD STE 1000, DALLAS TX, 75251
- NEW YORK UNIVERSITY, OFFICE OF FINANCIAL AID, 25 WEST 4TH STREET, NEW YORK NY, 10012
- NYU HOSPITALS CENTER, PO BOX 415234, BOSTON MA, 02241
- PINNACLE ANESTHESIA CONSULTANT, PO BOX 650426, DALLAS TX, 75265
- PITE DUNCAN LLP, 4375 JUSTLAND DR STE 200, PO BOX 17935, SAN DIEGO CA, 92117-0935
- RAINBOW SUZUKI IMPORTS, 1801 N HIGHWAY 190, COVINGTON LA, 70433
- SARA J WHITE, 1811 HOLLOW OAK COURT, DALLAS TX, 75287
- SNOW FOGEL SPENCE LLP, 2929 ALLEN PARKWAY, SUITE 4100, HOUSTON TX, 77019
- TEXAS ALCOHOLIC BEVERAGE COMM, LICENSES AND PERMITS DIVISION, PO BOX 13127, AUSTIN TX, 78711-3127
- STEVE DRESSER DDS, 2765 TRINITY MILLS ROAD, SUITE 100, CARROLLTON TX, 75006
- TEXAS EMPLOYMENT COMMISSION, TEC BUILDING BANKRUPTCY, 101 EAST 15TH STREET, AUSTIN TX, 78714-9080
- HON JOHN ASHCROFT, ATTORNEY GENERAL OF THE UNITED, 10TH AND PENNSYLVANIA AVE, WASHINGTON DC, 20538
- LINEBARGER GOGGAN BLAIR SAMPSO, 2323 BRYAN ST, 1720 UNIVISION CENTER, DALLAS TX, 75201-2644

Dated:    01/28/2010                              By: /s/ Thomas D. Powers