**JOYCE W. LINDAUER**
Attorney at Law
8140 Walnut Hill Lane
Suite 301
Dallas, Texas 75231
(972) 503-4033 Telephone
(972) 503-4034 Facsimile

### IN THE UNITED STATES BANKRUPCTY COURT
### FOR THE NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 10-30078-BJH-13 |
| | § | CHAPTER 13 |
| GARY D. WHITE | § | Pre-Hearing Date: March 25, 2010 |
| | § | Pre-Hearing Time: 08:30 A.M. |
| Debtor. | § | Hearing Date: March 29, 2010 |
| | § | Hearing Time: 2:00 P.M. |

### RESPONSE TO TRUSTEE' MOTION TO DISMISS WITH PREJUDICE

TO THE HONORABLE UNITED STATES BANKRUPTCY COURT:

COMES NOW Gary D. White, Debtor, in the above styled and numbered bankruptcy proceeding and files this his response to the Standing Chapter 13 Trustee, for Relief From Motion to Dismiss with Prejudice (the "Motion") and would respectfully show the Court as follows:

### SPECIFIC ADMISSIONS

1. Debtor admits the allegations contained in paragraph 1 of the Motion.

2. Debtor admits the allegations contained in paragraph 2 of the Motion.

3. Debtor admits the allegations contained in paragraph 4 of the Motion.

### SPECIFIC DENIALS

4. Debtor denies the allegations contained in paragraph 3 of the Motion.

5. Debtor denies the allegations contained in paragraph 5 of the Motion.

6. Debtor denies the allegations contained in paragraph 6 of the Motion.

WHEREFORE, PREMISES CONSIDERED, Debtor prays the Court deny the Motion and relief requested and grant the Debtor such other and further relief to which he may show himself entitled.

Dated: February 1, 2010

                                                Respectfully Submitted,
/s/ Joyce W. Lindauer
Joyce W. Lindauer
State Bar No. 21555700
Attorney at Law
8140 Walnut Hill Lane
Suite 301
Dallas, Texas 75231
(972) 503-4033 Telephone
(972) 503-4034 Facsimile
Attorney for Debtor

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on February 1, 2010 a true and correct copy of the foregoing document was forwarded via electronic filing to those persons receiving electronic notice or First Class US Mail to the following:

Thomas D. Powers
Office of Standing Chapter 13 Trustee
125 E. John Carpenter Freeway, Suite 1100
Irving, TX 75062

                                                /s/ Joyce W. Lindauer
Joyce W. Lindauer