IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

Action ✓
No Action ___
ID Checked ✓ DR1 ___ DR2
SS Checked ✓ DR1 ___ DR2
Returned Tax Returns to DR ___

IN RE:
GARY D. WHITE
    DEBTOR(S),

Case No. 10-30078-BJH-13

Judge: BARBARA J. HOUSER

### REPORT OF (ADJOURNED) SECTION 341 MEETING

**Meeting Information:** Meeting Date: Thu Feb 11, 2010   DFPD: __38__   Original 341: Feb 11, 2010
**Debtor(s) Appeared?**    ✓ Yes ___ No (DR1) / (DR2)
**Debtor(s) attorney/paralegal appeared?**    ✓ Yes ___ No ___ Pro-se
**Creditors Appeared?**    ___ Yes ✓ No
Name: _____ Representing: _____

**Business Case:**    ___ Yes Level ___ ✓ No
**341 meeting concluded:**    ✓ Yes ___ No

Adj Date: _____ ; _____ To Hear; Reason: _____

Debtor was asked standard questions : Circle one (Y) or N

**Need NOI for:** ___ Failure to Appear (DR1) / (DR2)    ___ Picture ID (DR1) / (DR2)
     ___ SSN (DR1) / (DR2)
   ___ Wage Order Information (DR1) / (DR2)    ___ Paystubs (DR1) / (DR2)
   ___ Tax Returns: _____    ___ DSO Information: _____
   X Other: *prior case* 04-43615 - add to Petition
   X Amend pla to remove Citibank

~ daught stud loc. Debtor on not credit note

**No Show/ID NOI Sent:** _____

**Payment Information:**    unknown value of Co. AGJ
Current monthly payment : $ .00    Plan Base: $ .00
$ rec'd as of February 3, 2010 : $ .00    First Payment due: Feb 03, 2010
     Length of Plan:

**Trustee Action Needed:**
Trustee's Motion to Transfer Venue needed:
Trustee's Objection to Exemptions needed for: (unsec. debt - ~~sec.~~ limits)
Other: Debtor testified he was relinquishing non-exempt stock valued at $110K in order to resolve lawsuit. "verbal settlement"
I advised atty will need to talk to Trustee prior to settlet : possibl
Circle one: Debtor confirmed that all the information contained on the Petition, Schedules,
(Y) or N      Statement of Financial Affairs, and CMI form was true and correct and needed no
       changes or additions to make them true and complete.

get court apprvcl.


$700K

NG1    3100078    Page 1

**Confirmation Isssues**

1. **BEST INTEREST:** ~~✗~~
   Exemptions: ✗ Federal; ____ Texas State; ____ State other than TX: _____

   Exceeds $125,000    Y or (N)          *non-exempt stock*

   Value (equity) of non-exempt property (See #12 for more details): $ **99,300**

   Total Value of Assets listed as Exempt on Schedule C: _____

   Improper Exemptions: Circle one: Y or N   Explain: *"unknown" value*
   *of AGJ*
   Fraudulent Transfer: Circle one: Y or N   Explain: _____

   ✗   Refer to Legal: _____          *no income 09*

2. **DISPOSABLE INCOME:**
   A) **Below Median Income:** DR's Proj Monthly Disp. Income: (0) x 36= (0)

   Comment: _____
   B) **Above Median Income (CMI Form):**
   DR's Monthly Disposable Income: $_____ X ACP: ____ = Unsec. Pool: $ _____

   Line ____ Notes: _____

   Line ____ Notes: _____

   ____ Refer to Legal: _____

3. ✗ **FEASIBILITY:** Circle one: Y or (N)   Reason if No: **<7135> neg surplus**
   Refer to Legal: → *steps up to 4608 p mo*

4. **GOOD FAITH** Petition and Plan: Circle one: Y or N   Reason if No: _____

   ____ Refer to Legal: _____

5. **DOMESTIC SUPPORT OBLIGATION (DSO):**
   Debtor owes post petition DSO: Current? Circle one: (NA) Y or N
   ____ Refer to Legal: _____

6. **TAX RETURNS:**

   Filed previous 4 years: Circle one: (Y) or N   Specify: _____

   Number of Dependants on last year: ____   Notes: _____

   Number in Household per CMI: ____   Notes: _____
   ____ Refer to Legal: _____

7. **BUSINESS CASE:**

   Y  Self-Employed                      N  Liquor License
   ___ Incurs Trade Debt                 N  Over $15,000 per mo.
   N  Employees
   Refer to Business Case Analyst

   *TR will update file 7 2010*   *No $ 09*

8. **CIVIL ENFORCEMENT:**

   _____ Petition Preparer was involved. (See #12 for more details.)

   _____ Debtor attorney fees exceed "standard fee"
   _____ Refer to Legal _____

9. **521(a)(1) INFORMATION HAS BEEN FILED:**

   _X_ List of Creditors                _X_ Statement of Financial Affairs

   _X_ Schedules A, B, C, D, E, and F   _X_ 342(b) Certificate by DR Atty

   _X_ Schedules I & J                  ____ 60 Days Payment Advices

   _X_ CMI Statement

10. **ELIGIBILITY:**

    Certificate of Credit Counseling within 180 days on file    _X_ Yes  ____ No

    Provider of Credit Counseling is approved                   _X_ Yes  ____ No

    Debt limits exceed maximum (S-$1,010,650 U-$336,900)        _X_ Yes  ____ No
    Refer to Legal

11. DOCUMENTS REQUIRED FOR CONFIRMATION  Fees/Debt limits/BI
    Good Faith

12. OTHER (include improper venue): _____

13. PRESIDING OFFICER NOTES: IRS 41k    $GJ
    — no assets
    unemploymt 1668 mo

    Arr 32k
    15k - 2nd
    Home — value 320k
    Mattress Firm Stock $110k
    lawsuit concern fraudulent behavior
    verbal settlemt relinquish see #1

    05 / 04 > E.D. TX

    Testified that he can't find creditor & doesn't make paymts.
    05 Mercedes - W
    01 Audi - H
    He owes 43k on both cars.

    House Paymt $3872

    Date: Thu Feb 11, 2010            By: _____
                                          Presiding Officer Signature