# Office of the Standing Chapter 13 Trustee

125 E. John Carpenter Freeway, Suite #1100
Irving, Texas 75062
214-855-9200 / 214-965-0754 (Fax)

```
Case # :       GARY D. WHITE
Debtor(s):     10-30078-BJH-13
Date:          02/16/2010
```

## Trustee's Notice of Intent to Certify Chapter 13 Case for Dismissal

NOTICE IS HEREBY GIVEN to the herein named Debtor(s) and Debtor Attorney that the Trustee intends to certify the above numbered Chapter 13 Case for dismissal for the following reason(s):

(X) Other
    ADD PRIOR CASE 04-43615 TO PETITION; AMEND PLAN TO REMOVE CITIBANK DAUGHTER STUDENT LOAN, PER 341 REPORT.

General Order 2009-03, Section 3 provides:

**DISMISSAL WITHOUT FURTHER NOTICE.** A Chapter 13 Petition may be dismissed without prejudice after 14 days (as to subsection "d-5" and "e" deficiencies) or seven (7) days (as to subsections "a," "b," "c," "d-1," "d-2," "d-3," or "d-4" deficiencies) if prior written Notice of Intent to Dismiss ("NOI") is filed with the Court and served on the Debtor and Debtor's Counsel, and without further notice unless any default or deficiency is cured prior to the expiration of such period. The Clerk is authorized to enter an Order of Dismissal upon certification by the Trustee, or such other authority ordered by the Court or allowed by law, that:

d-5. The Debtor failed to cooperate with the Trustee as necessary to enable the Trustee to perform the Trustee's duties under the Bankruptcy Code as required by Section 521(a)(3) of the Bankruptcy Code. Any such notice shall state specifically what the Debtor did or did not do constituting such failure to cooperate;

### Certificate of Service

Mailed herein to the named Debtor(s) at the address listed below and ( ) mailed to the address listed below/ ( ) faxed / (X) delivered electronically to Debtor's Attorney on 02/16/2010.

By:  Angela Downey
     Office of the Standing Chapter 13 Trustee

Debtor:     GARY D. WHITE
            1811 HOLLOW OAK COURT

            DALLAS TX 75287