Office of the Standing Chapter 13 Trustee
125 E. John Carpenter Freeway, Suite 1100
Irving, Texas 75062
(214) 855-9200/(214) 965-0754 (Fax)

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

In Re:                                                Case Number: 10-30078-BJH-13

    GARY D. WHITE

        Debtor(s)                            Notice Date: 03/08/2010

## Notice of Withdrawal of the Trustee's
## Notice of Intent to Dismiss

The Trustee hereby WITHDRAWS the Trustee's "Notice of Intent to Dismiss for Failure to Cooperate with the Trustee Pursuant to General Order 2006-01 Paragraph 3, Section d-5", without prejudice to refiling the same.

Date: March 8, 2010                               By: /s/Thomas D. Powers
                                                                      Thomas D Powers, Trustee
                                                                      State Bar # 16218700