

U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

**ENTERED**

TAWANA C. MARSHALL, CLERK
THE DATE OF ENTRY IS
ON THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

Signed April 1, 2010

United States Bankruptcy Judge

OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
125 E. John Carpenter Freeway, Suite 1100
Irving, Texas 75062
214-855-9200/ 214-965-0758 (Fax)

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

IN RE                                        Case No. 10-30078-BJH-13

    GARY D. WHITE

    Debtor(s)

## ORDER
## FOR SPECIAL MONITORING OF CHAPTER 13 CASE

AT DALLAS IN SAID DISTRICT:

    On Mar 25, 2010, came on to be heard Trustee's Motion to Dismiss with Prejudice for Serial Filing. The Debtor is unable to comply with a Wage Order and/or ACH and has requested to undergo Special Monitoring.

    **IT IS THEREFORE ORDERED** that this instant Chapter 13 proceeding will be **MONITORED** by the Office of the Chapter 13 Trustee, and

    **IT IS FURTHER ORDERED** that if the Debtor is at any time late in making a plan payment or make less than a full payment in any given month during the remainder of the life of the plan from the date of the entry of this Order or the case is dismissed for any reason this instant Chapter 13 Case is **DISMISSED WITH PREJUDICE** against refiling for a period of 180 days.

### End of Order ###

Approved by: /s/Thomas D. Powers
            Trustee/Attorney for Trustee