


U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

**ENTERED**

TAWANA C. MARSHALL, CLERK
THE DATE OF ENTRY IS
ON THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

Signed April 9, 2010                              **United States Bankruptcy Judge**

---

```
OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
125 E. JOHN CARPENTER FREEWAY, SUITE 1100
IRVING, TEXAS   75062
(214) 855-9200

                 IN THE UNITED STATES BANKRUPTCY COURT
                   FOR THE NORTHERN DISTRICT OF TEXAS
                            DALLAS DIVISION

IN RE:                                  CASE NO: 10-30078-BJH-13

GARY D. WHITE

        DEBTOR(S),



                        ORDER DENYING CONFIRMATION


   AT DALLAS IN SAID DISTRICT:

   On the recommendation and Oral Motion of the Chapter 13 Trustee,
   and/or after hearing before the Court,

   IT IS ORDERED that Confirmation of the Debtor's(s') Plan,
   dated January 19, 2010  , be and the same is hereby DENIED,
   without prejudice.

                        ### End of Order ###
   APPROVED:



   /s/Thomas D. Powers
   Chapter 13 Trustee, State Bar No. 16218700
```